March 11, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CAREFUSION CORPORATION, Appellant

NO. 14-13-00636-CV                    V.

RICHARD L. GUINN, INDIVIDUALLY AND AS CO-REPRESENTATIVE OF THE ESTATE OF BENJAMIN E. GUINN AND CONNIE A. GUINN, INDIVIDUALLY AND AS CO-REPRESENTATIVE OF THE ESTATE OF BENJAMIN E. GUINN, Appellees

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on July 2, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.